# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK M. BOWERSOCK, | No. CV 05-8197-R(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| G. BROWN, et al., | |
| Defendants. | |

   **IT IS ADJUDGED** that this action is dismissed, with prejudice, as to all defendants.

DATED: Sept. 29, 2009

_____
MANUEL L. REAL
United States District Judge